UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | 01 CR 20036 |
| CHARLES PATTERSON, | ) | |
| Defendant. | ) | |

### RESPONSE TO DEFENDANT'S MOTION TO UNSEAL DOCUMENTS

NOW COMES the Movant, THE ILLINOIS STATE POLICE, by and through its attorney, LISA MADIGAN, Attorney General of the State of Illinois, and for its Response to Defendant's "Ex Parte" Motion to Unseal Court Filed Documents, states as follows:

1. An indictment was issued against Defendant by the United States Attorney's Office on May 3, 2001.

2. The Court issued a subpoena to the Ashkum Field Office of the Illinois State Police (ISP) on September 17, 2001. The subpoena requested the production of the following by October 12, 2001:

    1. A copy of all warning and traffic tickets issued by Officers Erik Shay and Chris Koerner on April 17, 2001.

    2. Radio log of communications between Officers Shay and Koerner between the hours of 2:00 p.m. and 5:00 p.m., April 17, 2001.

    3. Tapes of communications between Officers Shay and Koerner between the hours of 2:00 p.m. and 5:00 p.m., April 17, 2001.

3. ISP filed a Motion to Quash the above-reference subpoena on October 9, 2001.

4. Hearing on ISP's Motion to Quash was held October 15, 2001.

5. After hearing on ISP's Motion to Quash, the Court, on October 15, 2001, ordered certain documents responsive to the subpoena to be filed under seal (Document 16). On October 17, 2006, the Court placed additional documentation responsive to the subpoena under seal (Document 17).

6. On November 8, 2001, the Court issued a second subpoena to ISP.

7. Documents responsive to this subpoena (Documents 20 and 21) were placed under seal by the Court on January 4, 2002.

8. The indictment against Defendant was dismissed and this case was terminated on February 12, 2002.

9. On June 29, 2006, Defendant filed a motion seeking to unseal Documents 16, 17, 20, and 21, submitted by ISP in response to subpoenas issued by the Court. Defendant argues that the documents should be unsealed in order to assist Defendant in a different case. Defendant has filed a complaint in the Northern District of Illinois and argues that it is necessary for him to have access to the sealed documents "[i]n order to conduct discovery and otherwise further the civil case." *See* paragraphs 13-14 in Defendant's motion.

10. ISP has no objection to Defendant's motion, however, certain documentation requested to be unsealed by Defendant contains information about an individual not involved in or related to the instant matter involving Defendant. Movant respectfully requests that the name of the individual not involved in the instant matter be redacted prior to unsealing the documents, in order to protect the privacy interests of the individual.

WHEREFORE, Movant, ILLINOIS STATE POLICE, respectfully requests that this honorable Court redact the name of the individual not involved in the incident giving rise to Defendant's action prior to unsealing the documents.

Respectfully submitted,

ILLINOIS STATE POLICE,

    Movant,

LISA MADIGAN, Attorney General,
State of Illinois

    Attorney for Movant,


   s/ Amy Petry Romano
Amy Petry Romano, Attorney Bar #6270427
Attorney for Movant
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: aromano@atg.state.il.us

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 01 CR 20036 |
| CHARLES PATTERSON, ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed Movant's Response to Defendant's Motion to Unseal Documents with the Clerk of the Court using the CM/ECF system, which sends copies to the following registered participant:

    Richard N. Cox, U.S. Attorney
    richard.cox@usdoj.gov

and I hereby certify that on August 11, 2006, I mailed by United States Postal Service, the above-described Response to the following non-registered participant:

    Michael D. Lake, Esq.
    Nicholas S. Lee, Esq.
    Factor & Lake, Ltd.
    1327 W. Washington Blvd., Suite 5G/H
    Chicago, IL  60607

    Respectfully submitted,

     s/ Amy Petry Romano
    Amy Petry Romano, Attorney Bar #6270427
    Attorney for Movant
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Phone: (217) 782-9056
    Fax: (217) 782 -8767
    E-Mail: aromano@atg.state.il.us