

CHAMBERS OF
**MICHAEL P. MCCUSKEY**
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE  217-373-5837
FACSIMILE  217-373-5855

August 14, 2006

Micheal D. Lake, Esq.
Nicholas S. Lee, Esq.
Factor & Lake, Ltd.
1327 W. Washington Blvd., Suite 5G/H
Chicago, IL 60607

Dear Counsel:

On 8/14/06, the Court granted defendant's [27] Motion to Unseal Court Filed Documents.

Therefore, enclosed herewith are the Court's order, together with the requested sealed documents.

Sincerely,

s/ **Michael P. McCuskey**
Michael P. McCuskey
Chief U.S. District Judge

MPM:mb
Enclosures